JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES DAVID LOGAN II, | ) | NO. CV 16-6364-SJO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN MUSIC, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 17, 2017.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE